UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GAS NATURAL COMERCIALIZADORA, S.A., *et al.*,

                              Petitioners,

                 -v-

EDP CLIENTES S.A.U.,

                              Respondent.

24 Civ. 7353 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

On October 28, 2024, the Court held a hearing on a motion by petitioners Gas Natural Comercializadora, S.A. and Naturgy Aprovisionamientos, S.A. (together, "Naturgy") for discovery from respondent EDP Clientes S.A.U. ("EDP"). *See* Dkt. 17. For the reasons stated at the hearing, the Court denied the motion.

As proposed by the parties, the Court sets the following briefing schedule for Naturgy's petition to vacate the arbitral award, Dkt. 1, and EDP's anticipated cross-petition to confirm the award:

- November 25, 2024: Naturgy's memorandum of law in support of its petition to vacate the award due.

- January 21, 2025: EDP's opposition to the petition to vacate and cross-petition to confirm the award due.

- February 18, 2025: Naturgy's reply to the opposition to the petition to vacate and opposition to the petition to confirm due.

- March 18, 2025: EDP's reply to the opposition to the petition to confirm due.

The Clerk of Court is respectfully directed to terminate the motion pending at Docket 14.

SO ORDERED.

                                                                          *Paul A. Engelmayer*
                                                                          —————————————
                                                                          PAUL A. ENGELMAYER
                                                                          United States District Judge

Dated: October 28, 2024
            New York, New York

2